Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JACK WILLIAM CONE JR

CASE NO. 10-70007-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 9224 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  2/9/2010  Orig. Time:  11:00 AM  Reset Date:  Reset Time:

  B. Meeting Results:  Adjourned

  C. Debtor(s):  Debtor 1 Appeared

  D. Attorney for Debtor(s):  Appeared

  E. Creditor Appearance:  None

  F. Amount Paid to the Trustee as of  2/9/2010  $1,687.00  First Payment Due Date:  2/11/2010

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:  B22C Form is:  Complete

    Budgeted Income:  $6,366.69  Expense:  $4,679.69  Surplus:  $1,687.00

    Plan Payment:  $1,687.00  Monthly  Plan Term(Months):  60

  I. Value of Non-Exempt Property:  $0.00  Proposed Amount to Unsecured Creditors:  $0.00

    ____ Objection to Exemption of:

    ____ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    ____ Object to Invoke Stay Pleading

    ____ Case Converted from Chapter 7, Bar Date Set:  5/10/2010  Date Converted from Chapter 7:

  J. Required Information:  Good

  K. Business Information:

  L. Object to Confirmation:  Yes

    USFCU $920.46 secured claim needs treatment

  M. Financial Management Class:  Debtor 1 Appeared

  N. Eligibility:

    Certificate of Credit Counseling Filed:  Debtor 1

    Credit Counseling Provider Approved:  Yes

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):  No

  O. Domestic Support Obligation:  $0.00  Current:  Arrears:  $0.00

    Affidavit and Disclosure of Domestic Support Obligations Received:  Yes

  P. Remarks:  Questions
    -Any gambling winnings or businesses planned?
  No winnings & no businesses
    -Mr employed or Taxi driving quit 1/31/10?
  Employed only quit taxi driving
    -Mrs employed?
  No
    -Avelina Cone knows Mr filed?
  Yes
    -Why did she not file?
  She wants to try to stay out of this.
    -Does she plan on filing?
  No
    -Sch A fails to include all real property.

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

    -2610 9th valued at $44,202 not listed on Sch A.
      -Bought 3/1/2001 by A. Cone.
Gift from the sister.
    -When did Mr & Mrs get Married?
5/11/94
    -How much is still owed on the property?
nothing
  -Non-exempt property can't be determined until Sch A is amended.
  -Sch I fails to include rent income of $____ from 2610 9th.
$350, expenses are higher than the rent.
    -Where is rent income from 2910 9th?  -- mm said this is fine
    -Was producing rent of $4200/yr or $350/mo.
    -What is the monthly income & expense?
$350 & more than $350 it is operated at a small loss for her grandchild.
  -Sch J lists excessive expenses.
    -Line 17a - $243 VA Military Retirement is waiver of income tax only.
  -What is deposited in the bank for Mr? Mrs?
$1667 as it is in the retirement statement . The net is less than the deduction so no objection.
Objections
  -Sch A fails to include all real property - gift from sister -- MM OK -- will not pursue
  -Non-exempt property can't be determined until Sch A is amended -- will not pursue
  -Feasibility until non-exempt property amount is determined -- will not pursue
  -Sch I fails to include all income -- will not pursue
  -Sch J lists excessive expenses -- will not pursue
  -Failure to include all disposable income -- will not pursue
  -USFCU $920.46 secured claim needs treatment

Dated:     2/9/2010                                                                 /s/ Walter O'Cheskey
                                                                                                    Standing Bankruptcy Trustee
                                                                                                    By:         Brent Hagen

| Case Number: | 10-70007 |
|---|---|
| Debtor: | Cone |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 2/9/2010 9:40 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Union Square FCU | $2,684.00 | 10.00% | 8 | $348.20 | $2,785.62 |
| Union Square FCU | $1,790.04 | 10.00% | 8 | $232.23 | $1,857.82 |
| USFCU - $920.46 needs treatment | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $2,699.00 | | | $2,699.00 |
| **Noticing Fees** | $120.32 | | | $120.32 |
| **Clerk Filing Fees** | $0.00 | | | $0.00 |

| | | |
|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- |
| Chapter 7 Minimum (Gross) | $24.50 | |
|   Less Trustee Fees | $2.45 | |
|   Less Attorney Fees | $2,699.00 | |
|   Less Noticing Fees | $120.32 | Greater Of ---------> $0.00 |
|   Less Clerk Filing Fees | $0.00 | |
|   Less Scheduled Priority Claims | $0.00 | |
|   Less Other (Explain Below) | $0.00 | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $141,374.45 |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $8,278.59 |
| **Debtor Plan Base (Monthly Payment X Term)** | $101,220.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$92,941.41** |

**Comments:**

    $113,289.60 Hardacre comes into
       play if a objection is filed

Version 1.03 Last Revised: 7/31/2008

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **2/9/2010 9:40** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $7,659.43 |
| **Less Line 57 B22C** | | $5,771.27 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | ($1,888.16) |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007